REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:16-cr-154

UNITED STATES OF AMERICA

V.

KIRK DOUGLAS WEST

(list each defendant appearing at hearing)

Judge: TRAUGER
Hearing Date: 3/2/2020
Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville
Court Reporter: Lindsey Perry
Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Sara Beth Myers
Defense Attorney(s): Kim Hodde

## TRIAL PROCEEDINGS

1. Jury Trial*
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing ☑
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Plea agreement and Plea agreement amendment accepted. Defendant sentenced to 12 months and 1 day in custody, 3 years of supervised release, $200 (PAID) special assessment, and no fine. Parties to file agreement of restitution.

Total Time in Court: 1 hr.

Clerk of Court
by: Katheryn Beasley